UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ADDIEGO FAMILY DENTAL, LLC D/B/A CEDAR CREEK DENTAL, | : : | |
| PLAINTIFF, | : | CIVIL ACTION NO.: 3:20-CV-05847 |
| v. | : : | |
| SENTINEL INSURANCE COMPANY, LTD., | : : : | |
| DEFENDANT. | : | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P 41(a)(1)(ii), Plaintiff, Addiego Family Dental, LLC D/B/A Cedar Creek Dental, hereby voluntarily dismisses this action, without prejudice, against Defendant Sentinel Insurance Company, LLC.

**ANAPOL WEISS**

By: _____
Ryan D. Hurd, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
rhurd@anapolweiss.com
Counsel for Plaintiff

**STEPTOE & JOHNSON**

By: _____
James L. Brochin, Esquire
1114 Avenue of the Americas
New York, NY 10036
jbrochin@Steptoe.com
Counsel for Defendants

SO ORDERED:

_____
Freda L. Wolfson, U.S.D.J  12-10-20

**CERTIFICATE OF SERVICE**

I, Ryan D. Hurd, hereby certify that on December 10, 2020, I caused a true and correct copy of Plaintiff's Stipulation of Dismissal Without Prejudice to be served upon all counsel of record and/or unrepresented parties via first class mail and email upon the following:

James L. Brochin
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
*Attorney for Defendants,*
*Sentinel Insurance Company, LLC.*